# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-465-1** |
| | : | |
| v. | : | **CIVIL NO. 12-5597** |
| | : | |
| **DANNY BOND** | : | |

## ORDER

**NOW**, this 16th day of August, 2021, upon consideration of the Motion Pursuant to Fed. R. Civ. P. 60(b)(5) and 60(b)(6) in Light of The United States Supreme Court Ruling in *Rehaif v. United States* (Document No. 117), the government's response, and the reply, and it appearing that the motion is a successive petition for a writ of *habeas corpus* under 28 U.S.C. § 2255, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.